United States District Court
Southern District of Texas
**ENTERED**
March 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ERNESTO LUGO | ) |
| | ) |
| VS. | ) |
| | ) CIVIL ACTION NUMBER |
| ROY PADILLA, INDIVIDUALLY & IN | ) |
| HIS REPRESENTATIVE CAPACITY AS | ) M-16-605 |
| CHIEF OF POLICE FOR THE DONNA | ) |
| INDEPENDENT SCHOOL DISTRICT, | ) |
| THE DONNA INDEPENDENT SCHOOL | ) |
| DISTRICT, & JOSHUA McCANDLESS | ) |

## J U D G M E N T

On the 7th day of March, 2018, came on to be heard Defendant Roy Padilla and Joshua McCandless' Motion for Summary Judgment (Docket Entry Number 13), and the Court, after having considered said motion, the pleadings on file, and the arguments of counsel, was of the opinion that said motion should be granted as to Defendants Roy Padilla, individually and in his capacity as chief of police for the Donna Independent School District, and Joshua McCandless for the reasons stated on the record.

It is, therefore, ORDERED, ADJUDGED and DECREED that Defendants' Motion for Summary Judgment is hereby GRANTED and all claims asserted by Plaintiff against Defendants Roy Padilla, individually and in his capacity as chief of police for the Donna Independent School District, and Joshua McCandless are hereby DISMISSED.

The Clerk shall send a copy of this Judgment to counsel for the Parties.

DONE this __14th__ day of March, 2018, at McAllen, Texas.

_Ricardo H. Hinojosa_
Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE